## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:10CR147 |
| vs. | ) | |
| | ) | ORDER |
| GEORGE E. BANISTER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's MOTION TO FILE PRETRIAL MOTIONS OUT OF TIME [15].  Upon review of the file, the court finds that the defendant has not satisfactorily explained why the motion could not have been timely filed, and the defendant has not shown good cause for a continuance.  Therefore,

**IT IS ORDERED:**

1. Defendant's MOTION TO FILE PRETRIAL MOTIONS OUT OF TIME [15] is denied.

2. The Motion to Suppress [16] is denied as untimely filed.

3. A party may object to a magistrate judge's order by filing an "Objection to Magistrate Judge's Order" within 14 days after being served with the order.  The objecting party must comply with all requirements of NECrimR 59.2.

**DATED this 26th day of May, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**